**No. 09-786. Edwin E. Naythons, Petitioner v. Stradley, Ronon, Stevens & Young, LLP, et al.**

559 U.S. 992, 130 S. Ct. 1740, 176 L. Ed. 2d 213, 2010 U.S. LEXIS 2282.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 339 Fed. Appx. 165.